IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GWENDOLYN WOLITSKI,** | ) |
| | ) |
|       **Petitioner/Defendant,** | ) |
| | )   **CIVIL NO. 06-cv-642-JLF** |
| **vs.** | ) |
| | )   **CRIMINAL NO. 03-cr-40061** |
| **UNITED STATES of AMERICA ,** | ) |
| | ) |
|       **Respondent/Plaintiff.** | ) |

### JUDGMENT

     This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

     **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| **October 25, 2006** | **By:** | **s/ James L. Foreman** |
| *Date* | | *District Judge* |